UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV12-01792-PSG-CWx | Date | February 28, 2013 |
|---|---|---|---|
| Title | Vaagn Zakharyan v. CIR Law Offices LLP et al | | |

| Present: The Honorable | Philip S. Gutierrez, United States District Judge |
|---|---|

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings (In Chambers):**   ORDER TO SHOW CAUSE RE LACK OF PROSECUTION

IT IS HEREBY ORDERED that Plaintiff show cause in writing on or before **March 14, 2013**, why this action should not be dismissed for lack of prosecution.

The Court will consider the filing of the following on or before the above date, as an appropriate response to this Order to Show Cause.

____   Proof of Service of Summons and Complaint by Plaintiff.

X   Response to Complaint by remaining Defendant(s) *OR* Request for Entry of Default by Plaintiff.

____   Motion for Entry of Default Judgment by Plaintiff *OR* Request to Clerk for Entry of Default Judgment by Plaintiff.

Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument will not be heard in this matter unless so ordered by the Court.

Plaintiff is advised that failure to respond to this Order to Show Cause, may result in the dismissal of the entire action.

Plaintiff is also reminded to deliver an E- Filed copy to **Courtroom 880** the following business day before Noon.  The copy shall include either the E-Filed Confirmation Sheet or the E-Filed Header.  Failure to comply, may result in monetary sanctions and the document to be stricken from the record.

|  | Initials of Preparer | wh |
|---|---|---|